UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| **RICHARD A. FELIX,** | : | VIOLATIONS: 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| Defendant. | : | During a Drug Trafficking Offense |
| | : | Distribute); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 15, 2005, within the District of Columbia, **RICHARD A. FELIX**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count Two of this Information which is incorporated herein, a firearm, that is a Taurus .38 caliber handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT TWO

On or about December 15, 2005, within the District of Columbia, **RICHARD A. FELIX**,

did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

   (**Unlawful Possession with Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))


                            KENNETH L. WAINSTEIN
                            Attorney of the United States in
                            and for the District of Columbia
                            Bar No. 451-058



               BY:          _____
                            PERHAM GORJI
                            Assistant United States Attorney
                            Federal Major Crimes Section
                            555 4th Street, N.W. Room 4233
                            Washington, D.C. 20530
                            (202) 353-8822