UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-198 (EGS) |
| | : | |
| v. | : | |
| | : | |
| RICHARD A. FELIX, | : | VIOLATIONS: 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| Defendant. | : | During a Drug Trafficking Offense |
| | : | Distribute); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |

**GOVERNMENT'S MOTION TO DISMISS AND UNSEAL CASE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the above-captioned case, without prejudice, and that the record in this case be unsealed.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

By:     _____
PERHAM GORJI
ASSISTANT U.S. ATTORNEY
Delaware Bar No. 3737
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
perham.gorji@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this motion has been served by first class mail upon counsel of record for the defendant, Nancy E. Allen, Esq., 2804 Shepherd Street, Mt. Rainier, MD 20712, this ___ day of July, 2006.

_____
Assistant United States Attorney