UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-198 (EGS) |
| | : | |
| v. | : | |
| | : | |
| RICHARD A. FELIX, | : | VIOLATIONS: 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| Defendant. | : | During a Drug Trafficking Offense |
| | : | Distribute); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine Base) |

ORDER

The Court having considered the Government's Motion to Dismiss and Unseal Case, and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2006, that the above-captioned case be dismissed without prejudice and that the record in this case be unsealed.

_____
JUDGE EMMET G. SULLIVAN
United States District Court
for the District of Columbia

copies to:

Perham Gorji
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530


Nancy E. Allen, Esq.,
2804 Shepherd Street
Mt. Rainier, MD 20712