UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | :      CRIMINAL NO. 06-198 (EGS) |

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.      :

RICHARD A. FELIX,      :      VIOLATIONS: 18 U.S.C. §924(c)(1)

     :      (Using, Carrying and Possessing a Firearm

Defendant.      :      During a Drug Trafficking Offense

     :      Distribute);

     :      21 U.S.C. §841(a)(1) and §841(b)(1)(C)

     :      (Unlawful Possession with Intent to

     :      Distribute Cocaine Base)

## ORDER

The Court having considered the Government's Motion to Dismiss and Unseal Case, and

upon finding it appropriate to do so, it is ORDERED this /8TL day of JuLy 2006, that the

above-captioned case be dismissed without prejudice and that the record in this case be unsealed.

JUDGE EMMET G. SULLIVAN
United States District Court
for the District of Columbia

copies to:

Perham Gorji
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Nancy E. Allen, Esq.,
2804 Shepherd Street
Mt. Rainier, MD 20712